UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TAMARA FEYER )
)
    Plaintiff, )    Case No. 5:25-cv-03150-ADS
)
  v. )
)    ORDER FOR STIPULATION FOR THE
)    AWARD AND PAYMENT OF
COMMISSIONER OF )    ATTORNEY FEES AND EXPENSES
SOCIAL SECURITY )    PURSUANT TO THE EQUAL ACCESS
ADMINISTRATION, )    TO JUSTICE ACT
)
    Defendant. )

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Expenses, IT IS ORDERED, that fees in the amount of $8,374.10 and zero costs as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATED:_March 12, 2026_        ___/s/ Autumn D. Spaeth_____
                         HON. AUTUMN SPAETH
                         U.S. MAGISTRATE JUDGE

ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT